IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| A.O.A., : | |
|     Petitioner, : | |
| v. : | Case No. 4:25-cv-93-CDL-AGH |
| : | 28 U.S.C. § 2241 |
| TERRENCE DICKERSON, : | |
|     Respondent. : | |

### ORDER

Petitioner filed application for habeas corpus relief under 28 U.S.C. § 2241 on March 14, 2025 (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 17th day of March, 2025.

                                                 s/ *Amelia G. Helmick*
                                                 UNITED STATES MAGISTRATE JUDGE