IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| A.O.A., : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 4:25-cv-93-CDL-AGH |
| : | 28 U.S.C. § 2241 |
| TERRENCE DICKERSON, : | |
| : | |
| Respondent. : | |

**AMENDED ORDER**

On March 17, 2025, the Court directed Respondent to file a comprehensive response to Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 (ECF Nos. 3, 1). Having further considered Petitioner's application, the Court amends its Order as follows: The Court questions, without deciding, the continued reliance upon *Sopo v. U.S. Attorney General*, 825 F.3d 1199 (11th Cir. 2018), *vacated by Sopo v. U.S. Attorney General*, 890 F.3d 952 (11th Cir. 2018). *See, e.g., S.C. v. Warden*, No. 4:23-cv-64, slip op. (M.D. Ga. Dec. 15, 2023) (ECF No. 26). The parties are **DIRECTED** to address the appropriate test that should be used to determine when the length and nature of the detention under 8 U.S.C. § 1226(c) rises to the level of a constitutional violation. *S.C.*, No. 4:23-cv-64, slip op. at 3. Respondent shall have twenty-one (21) days from the date of this Order to file his response which shall address that question. Thereafter, Petitioner shall file a reply addressing the same question within fourteen (14) days. The parties are free to address other issues they deem appropriate, but they must address the Court's question. The Court will consider requests for additional

pages upon the filing of such request.

**SO ORDERED**, this 20th day of March, 2025.

                                         s/ *Amelia G. Helmick*
                                         UNITED STATES MAGISTRATE JUDGE